**Paulus Irvin PERKINS, Plaintiff—Appellant,**

v.

**Bryan WATSON, Warden; A.P. Harvey, Assistant Warden; Officer Hensley; A. Kilbourne, Lieutenant; Sergeant Schluboom; Officer Cox; Major J. Combs; Doctor Jones; Ms. Strawberry; P. Scarberry, Defendants—Appellees.**

No. 08–6546.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 14, 2008.

Decided: Aug. 20, 2008.

Paulus Irvin Perkins, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia; Rosalie Fessier, Timberlake, Smith, Thomas & Moses, PC, Staunton, Virginia, for Appellees.

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paulus Irvin Perkins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *Perkins v. Watson*, No. 7:07–cv–00526–jct–mfu, 2008 WL 816673 (W.D.Va. Mar. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*